E-FILED 01/06/12
JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO DIAZ, an Elderly Person,<br><br>        Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA HOME LOAN SERVICING, LP., BANK OF AMERICA, INC., BANK OF AMERICA, N.A., TRUSTEE CORPS, AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>        Defendants. | Case No. CV-09-9286-PSG(MANx)<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE<br><br>NO HEARING REQUIRED |

IT IS ORDERED that the matter of Julio Diaz v. Bank of America Home Loan Servicing, LP., et al., be, and the same is hereby dismissed in entirety against all defendants, with prejudice, with each party to bear his or its own costs.

Dated: January 6, 2012

                    **PHILIP S. GUTIERREZ**
                    UNITED STATES DISTRICT JUDGE